# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA TAPIA, | 1:09-cv-01143 AWI GSA |
| Plaintiff, | ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | (Document 2) |
| AURORA LOAN SERVICES, LLC., | |
| Defendant. | |

    By application filed July 1, 2009, Plaintiff has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Plaintiff has submitted a declaration that makes the showing required by § 1915 (a).  Accordingly, the request to proceed in forma pauperis IS GRANTED.  28 U.S.C. § 1915 (a).

    IT IS SO ORDERED.

    Dated:   **July 1, 2009**          **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE