1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENA TAPIA,<br><br>                    Plaintiff,<br><br>     v.<br><br>AURORA LOAN SERVICES,<br>LLC.,<br><br>                    Defendant. | )  1:09-cv-01143 AWI GSA<br>)<br>)<br>)  ORDER RECALLING SUMMONS AND<br>)  DIRECTING PLAINTIFF NOT TO SERVE<br>)  SUMMONS<br>)<br>)  ORDER VACATING SCHEDULING<br>)  CONFERENCE<br>)<br>)<br>) |

        Plaintiff is proceeding in pro se and in forma pauperis.  Plaintiff filed her complaint on

June 30, 2009.  On July 6, 2009, the Court issued a summons to Aurora Loan Services, LLC, and

the summons was mailed to Plaintiff that same date.  The summons was issued in error and is

therefore RECALLED.  Plaintiff is ORDERED NOT TO SERVE the summons on Defendant

Aurora Loan Services, LLC.

        Also on July 6, 2009, the Court set a scheduling conference for October 27, 2009, at 9:00

a.m., before the Magistrate Judge Gary S. Austin.  Because the summons was issued in error, a

scheduling conference date is premature, and thus, the scheduling conference date is VACATED.

        IT IS SO ORDERED.

**Dated:   July 7, 2009**          _____/s/ **Gary S. Austin**_____
                              UNITED STATES MAGISTRATE JUDGE

1